

DE BEAUBIEN KNIGHT SIMMONS MANTZARIS & NEAL LLP
ATTORNEYS AND COUNSELLORS AT LAW
ORLANDO | TALLAHASSEE | TAMPA
WWW.DBKSMN.COM

Reply to Orlando

March 3, 2016

Amy C. Nerenberg, Clerk of Court
U.S. Court of Appeals for
 the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

Re:  *SEC v. Graham et al.*, Case No. 14-13562-E

Dear Ms. Nerenberg:

Please accept this correspondence as Appellees, Fred Davis Clark, Jr., Cristal Clark, and David Schwarz's response to the SEC's offer of *SEC v. Amerindo Investment Advisors,* No. 14-2425, 2016 WL 761365 (2d Cir. February 26, 2016) as supplemental authority in the above-referenced appeal.

*Amerindo* does not address the salient issue in this appeal, which is whether the statute of limitation set forth in 28 U.S.C. § 2462 applies to the SEC's claims for disgorgement, injunctive relief, and declaratory relief. *Amerindo* instead concluded that all of the defendants had waived their § 2462 defense directed to the SEC's claims for disgorgement and injunctive relief, which precluded consideration of that defense on its merits. *Amerindo* at *1. The individual defendants in *Amerindo* waived their § 2462 defense directed to those claims by failing to raise it in a responsive pleading. *Id.* Those defendants did properly raise a § 2462 defense to the SEC's claim for civil penalties, and, based thereon, the Second Circuit found that the district court had "correctly limited civil penalties to 'gains only from frauds occurring within the five-year statute of limitations for civil penalties.'" *Id.* The "Entity Defendants" in *Amerindo* fully waived their § 2462 defense by failing to defend, and being defaulted from, the SEC's enforcement action. *Id.*

Based on the foregoing, *Amerindo* is irrelevant to the instant appeal.

Respectfully,

Kenneth P. Hazouri

Cc:  Theodore J. Weiman
     Russell C. Weigel, III
     Neil Rose
     Barry J. Graham
     Mark. A. Perry

332 North Magnolia Avenue, Orlando, Florida 32801
Main: 407-422-2454 | Fax: 407-849-1845

725 East Park Avenue, Tallahassee, Florida 32301
Main: 850-201-3655 | Fax: 850-205-3717

609 West Horatio Street, Tampa, Florida 33606
Main: 813-251-5825 | Fax: 813-254-1063